IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE MATHIS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4463

Opinion filed January 6, 2016.

An appeal from an order of the Circuit Court for Baker County.
Mark W. Moseley, Judge.

Willie Mathis, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Quentin Humphrey, Assistant Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, OSTERHAUS, and KELSEY, JJ., CONCUR.